■ LEO J. CONNOLLY, Respondent, v. MAYNARD E. CHAPELL et al., Appellants.— Judgment reversed on the law and facts, with costs and motion for summary judgment denied, with $10 costs, on the ground that there are material issues of fact which should be determined at a trial. All concur. (Appeal from a judgment of Genesee County Court for plaintiff in an action for real estate commissions.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ GEORGE A. BALL, Respondent, v. S. AND D. MOTOR LINES, INC., Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term staying all proceedings on the part of defendant until the order shall be fully complied with, and permitting plaintiff to examine and inspect defendant's freight bills, ledger, invoices and bills of lading.) Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ In the Matter of the Accounting of ALBERTA F. DE RYCKE, Appellant, as Executor of ALONZO B. TRUMBLE, Deceased. ROSE A. TRUMBLE, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Monroe Surrogate's Court settling the accounts of an executrix.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.

■ EDWARD BOGOM, Appellant, v. DAVID M. WAGNER, Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Special Term denying plaintiff's motion for summary judgment in an action to recover balance alleged to be due for services performed.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ KENNETH A. DECKER, an Infant, by GEORGE G. FIESINGER, His Guardian ad Litem, Respondent, v. CLARENCE DECKER, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Herkimer Special Term denying defendant's motion for judgment on the pleadings.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Bastow, JJ.

■ BEATRIX L. POSER, Appellant, v. ROCHESTER TELEPHONE CORPORATION, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied.— Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ. [See ante, p. 832.]

■ CARL G. MARCY, Respondent, v. LUDWIG PIATNIK, Appellant.— Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow JJ. [See ante, p. 832.]

■ GORDON MARCY, by His Guardian ad Litem, CARL G. MARCY, Respondent, v. LUDWIG PIATNIK, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ. [See ante, p. 832.]

■ DOMINIC JULIANO, Appellant, v. MERCHANTS MUTUAL CASUALTY COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of THOMAS F. JONES, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles, Respondent.— Proceeding dismissed, without costs, upon stipulation.

■ ALEX LANIEWSKI, Appellant, v. ROBERT E. WHITE, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ GERTRUDE WILLIAMS, as Guardian ad Litem of WALTER WILLIAMS, Plaintiff, v. ALVERA L. PSCHIERER, Defendant. (And another action.) — Motion granted and appeal dismissed, without costs, for failure to file and serve timely notice of appeal.